[No. 28566-9-III.  Division Three.  September 23, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES MICHAEL PACHPE, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01137-6, C. James Lust, J., entered October 21, 2009. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J.; Siddoway, J., dissenting.

[Nos. 62568-3-I; 63123-3-I.  Division One.  September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER EUGENE GREGORY ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 08-1-05368-3, Dean Scott Lum, J., entered November 3, 2008. *Reversed* by unpublished opinion per Becker, J., concurred in by Grosse and Schindler, JJ.

[No. 63179-9-I.  Division One.  September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMAL SHEROB RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03497-2, Charles W. Mertel, J. Pro Tem., entered March 11, 2009. *Reversed* and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Spearman, JJ.

[No. 63227-2-I.  Division One.  September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNELL NASHAUNE GOUDEAU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09031-1, Michael Hayden, J., entered March 26, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.